| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>WINTER, RALPH K. | 2. Court or Organization<br><br>SECOND CIRCUIT COURT OF APPEALS | 3. Date of Report<br><br>08/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES CIRCUIT JUDGE (SENIOR) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>141 CHURCH STREET<br>NEW HAVEN, CT 06510 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PROFESSOR (ADJUNCT) OF LAW | YALE UNIVERSITY |
| 2. | TRUSTEE | BROOKLYN LAW SCHOOL |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WINTER, RALPH K. | 08/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | YALE LAW SCHOOL - PART-TIME TEACHING | $109,399.98 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL BAR COUNCIL | 2/3/12-2/13/12 | KONA, HI | PROFESSIONAL ASSOCIATION ACTIVITY | TRANSPORTATION, LODGING, MEALS |
| 2. | BROOKLYN LAW SCHOOL | 3/6/12-3/7/12 | BROOKLYN, NY | BLS BOARD MEETING | TRANSPORTATION, LODGING, MEALS |
| 3. | BROOKLYN LAW SCHOOL | 5/15/12-5/16/12 | BROOKLYN, NY | BLS BOARD MEETING | TRANSPORTATION, LODGING, MEALS |
| 4. | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | 6/4/12-6/6/12 | NEW PALTZ, NY | SECOND CIRCUIT RETREAT | TRANSPORTATION, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| **WINTER, RALPH K.** | 08/07/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | 6/22/12-6/22/12 | MANHATTAN, NY | MEMORIAL SERVICE FOR JUDGE ROGER J. MINER | TRANSPORTATION |
| 6. | BROOKLYN LAW SCHOOL | 7/24/12-7/26/12 | BROOKLYN, NY | BLS FINANCIAL MEETING AND STRATEGIC PLANNING MEETING | TRANSPORTATION, LODGING, MEALS |
| 7. | BROOKLYN LAW SCHOOL | 9/19/12-9/20/12 | BROOKLYN, NY | BLS STRATEGIC PLANNING MEETING | TRANSPORTATION, LODGING, MEALS |
| 8. | BROOKLYN LAW SCHOOL | 10/4/12-10/6/12 | BROOKLYN, NY | BLS BOARD MEETING | TRANSPORTATION, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| **WINTER, RALPH K.** | 08/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WINTER, RALPH K. | 08/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-PENSION | E | Interest | O | T | | | | | |
| 2. NUVEEN MUN. VALUE FUND | A | Interest | K | T | | | | | |
| 3. NUVEEN PREM. INC. MUN. FD. 4 | A | Interest | K | T | | | | | |
| 4. NUVEEN DIV. ADV. MUN. FUND | A | Interest | K | T | | | | | |
| 5. WESTERN AST INT TERM MUNI C* | C | Interest | N | T | | | | | |
| 6. BLACK ROCK MUN. INC. TR | B | Interest | K | T | | | | | |
| 7. CITIBANK NA SOUTH DAKOTA BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WINTER, RALPH K. | 08/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

* VII. INVESTMENTS and TRUSTS - 5.  This appears to be a name change from LEGG MASON INTERMED-TERM MUN. FUND CLS

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RALPH K. WINTER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# United States Court of Appeals
## SECOND CIRCUIT

CHAMBERS OF
RALPH K. WINTER
U.S. CIRCUIT JUDGE
U.S. COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

(203) 782-3682

November 20, 2013

Marilyn J. Holmes
Interim Staff Counsel
Administrative Office of the
 U.S. Courts
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2012 Filing

Dear Ms. Holmes:

I raised the issue mentioned in your email with my broker. He has sent me the attached communication. I have nothing to add to it. I am faxing this to you because we do not have a scanner to convert the broker's letter to email.

If this is not satisfactory, I will do my best in seeking further clarification if possible.

Sincerely,

Ralph K. Winter
Circuit Judge

RKW/çam
Attachment

RECEIVED 2013 NOV 21 A 6: 33 FINANCIAL DISCLOSURE OFFICE

Wealth Management
545 Long Wharf Drive 7th Fl
New Haven CT 06511
tel 203 772 9170
toll free 800 243 6605

# Morgan Stanley

November 8, 2013

Hon. Ralph K. Winter

Dear Judge Winter:

In 2009 Smith Barney began the process of merging with Morgan Stanley. The merger was completed in the spring of 2013. As a result of that merger the money market funds associated with all client accounts were changed from Western Asset Reserve Money Market mutual funds to others including the Citibank Bank Deposit Program which you now hold. This exchange was involuntary on your part and does not change your investment allocation in any way. Both funds are cash equivalents and are not connected to any type of equity or debt securities.

If there is need for further qualification on this please contact me at your earliest convenience.

All the best,

Ernest S. Asprelli Jr.

Assistant Vice President

Financial Advisor

RECEIVED
2013 NOV 21 A 6: 34
FINANCIAL DISCLOSURE OFFICE